**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

**Granted.**

8:37 AM, May 27, 2020

*Karen L. Litkovitz*
Karen L. Litkovitz
United States Magistrate Judge

| | | |
|---|---|---|
| J. H. | ) | |
| | ) | CASE NO. 1:19-CV-992 |
| Plaintiff, | ) | |
| | ) | JUDGE TIMOTHY S. B[ ] |
| -vs- | ) | |
| | ) | MAGISTRATE JUDGE |
| Ohio Dept. of Job and Family Services, et al.) | | KAREN L. LITKOVITZ |
| | ) | |
| Defendant. | ) | |

**MOTION OF PLAINTIFF J.H. TO VACATE ORDER (ECF No. 2) GRANTING**
**MOTION FOR LEAVE TO FILE IN FORMA PAUPERIS (ECF No. 1)**

Plaintiff J.H. respectfully asks this Court to vacate its Order (ECF No. 2) granting plaintiff's pro se motion seeking leave to file in forma pauperis (ECF No. 1), which is withdrawn. Undersigned counsel will advance the filing fee.

Respectfully submitted,

*/s/ Rachel K. Robinson*
Rachel K. Robinson (0067518)
The Law Office of Rachel K. Robinson LLC
57 Jefferson Avenue, Suite G100
Columbus, OH 43215
Telephone: (614) 537-7553
rachel.robinson.law@gmail.com
*Counsel for Plaintiff J.H.*

**CERTIFICATE OF SERVICE**

A copy of the foregoing *Motion* was served electronically via the Court's electronic filing system this 4th day February 2020.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

/s/Rachel K. Robinson
Rachel K. Robinson (0067518)