UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| J.H., | : | Case No. 1:19-cv-992 |
| Plaintiff, | : | Judge Timothy S. Black |
| vs. | : | Magistrate Judge Karen L. Litkovitz |
| OHIO DEPARTMENT OF JOB AND FAMILY SERVICES, *et al.*, | : | |
| Defendants. | : | |

DECISION AND ENTRY
ADOPTING THE REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 44)
AND TRANSFERRING THIS CASE TO THE EASTERN DIVISION AT
COLUMBUS

This case is before the Court pursuant to the Order of General Reference to United States Magistrate Judge Karen L. Litkovitz.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on December 10, 2020, submitted a Report and Recommendation.  (Doc. 44).  No objections were filed.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter.  Upon consideration of the foregoing, the Court finds that the Report and Recommendation (Doc. 44) should be and is hereby adopted in its entirety.

Accordingly, for the reasons stated above:

1. The Report and Recommendation (Doc. 44) is hereby **ADOPTED**;

2. Defendants' motion to transfer venue is **GRANTED**; and

3. The case is hereby **TRANSFERRED** to the Eastern Division at Columbus for reassignment to a Judge at that location.

**IT IS SO ORDERED.**

Date: 1/20/2021 　　　　　　　　　　　　　*s/Timothy S. Black*
　　　　　　　　　　　　　　　　　　　　　Timothy S. Black
　　　　　　　　　　　　　　　　　　　　　United States District Judge